IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01685-CMA-MJW

TOD HEFFLIN, and
ALLISON AILER,

Plaintiffs,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

Defendant.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that Plaintiffs' Motion for Entry of Protective Order **(docket no. 12)** is **DENIED** for the following reasons.

Plaintiffs have failed to establish "good cause" for a protective order. "Conclusory or stereotypical assertions are insufficient to show good cause. . . . Instead, the party seeking a protective order must show that disclosure will result in a clearly defined and serious injury to the party seeking protection." Exum v. United States Olympic Committee, 209 F.R.D. 201, 206 (D. Colo. 202). Here, Plaintiffs have failed to show that they will suffer a "clearly defined and serious injury" in the absence of a protective order and therefore have failed to meet the requirements of Fed. R. Civ. P. 26(c). The concerns suggested by Plaintiffs in the subject motion are addressed in the federal law under the Gramm-Leach-Bliley Act, codified at 15 U.S.C. § 6801, *et seq.*, and under Colorado law through the Colorado Division of Insurance Regulation 6-4-2. If Plaintiffs believe that Defendant State Farm has violated the above law, then they are not without recourse to seek relief through a new lawsuit and/or through the Colorado Division of Insurance.

Based upon this ruling, it is further **ORDERED** that the motion hearing set for November 22, 2010, at 1:30 p.m. is vacated.

Date: November 4, 2010