IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01685-CMA-MJW

TOD HEFFLIN, and
ALLISON AILER,

Plaintiffs,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

Defendant.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby **ORDERED** that Plaintiffs' Motion for Leave to Amend the Complaint **(Docket No. 23)** is granted for the reasons stated in the subject motion (docket no. 23) and in the interest of justice as outlined in Fed. R. Civ. P. 15(a)(2). **The tendered Amended Complaint and Jury Demand (Docket No. 23-1) is accepted for filing as of the date of this Minute Order.** As to defendant's futility argument, Judge Ebel has previously addressed that issue in the case of General Steel Domestic Sales, LLC v. Steelwise, LLC, 2008 WL 2520423 (D. Colo. 2008). In the General Steel case, Judge Ebel stated, in pertinent part: ". . . Defendants' futility argument seems to place the cart before the horse. Rather than force a Rule 12(b)(6) motion into a Rule 15(a) opposition brief, the defendants may be better served by waiting to assert Rule 12 motions until the operative complaint is in place." See Lariviere, Grubman & Payne, LLP v. Phillips, 2010 WL 2844361, *13 (D. Colo. July 15, 2010).

Date:   November 19, 2010