**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-01685-CMA-MJW

TODD HEFFLIN, and
ALLISON AILER,

      Plaintiffs,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

      Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

This matter is before the Court on the parties' Stipulation for Dismissal With Prejudice (Doc. # 39).  The Court having considered  the Stipulation for Dismissal, hereby

ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay his, her or its own attorneys' fees and costs.

DATED:  January   21  , 2011

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Court Judge